___

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: LUCILLE MARIE MANNING                                                    DEBTOR

CASE NO.  19-12519

BANK OF HOLLY SPRINGS                                                            CREDITOR

## CONSENT ORDER ABANDONING PROPERTY AND GRANTING RELIEF FROM THE  AUTOMATIC STAY

This matter came before the court upon125 the ore tenus motion of the parties requesting a consent order affirming the abandonment of 2010 Dodge Charger VIN2B3CA3CVXAH181139 contained in the schedules of Debtor and the Court being duly advised orders as follows:

1.  Paragraph 3.5 of the confirmed Chapter 13 plan provides for the surrender of the 2010 Dodge Charger.

2.  Bank of Holly Springs desires to retake possession and secure the property until it may be sold.

3.  The 2010 Dodge Charger is secured by a note and security agreement to Bank of Holly Springs.  The current book value of the vehicle is $4,123.37 and the current balance on the loan

is $5,667.71. There is no equity in the personal property.

4. The automatic stay as it applies to Bank of Holly Springs being the holder of a perfected secured interest in 2010 Dodge Charger is hereby lifted and the property 19-abandoned from the bankruptcy estate.

5. Bank of Holly Springs is entitled to execute on said property and otherwise act on it's security agreement without further notice to Debtors.

6. The claim by Bank of Holly Springs may be modified to list any amount due after the liquidation of the vehicle as unsecured.

#END OF ORDER#


APPROVED BY:


/S/ ROBERT H. LOMENICK

Robert H. Lomenick,

Attorney for Debtor


/s/ William F. Schneller

William F. Schneller,

Attorney for Creditor


/s/ Melanie T. Vardaman

Melanie T. Vardaman

S:\Clients\B\B H S\Bankruptcy\Manning Lucille\consent order to abandon.wpd

Attorney for Locke D. Barkley

Chapter 13 Trustee